USDC- BALTIMORE
'22 NOV 7 PM 3:27

## ATTACHMENT A

### STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Defendant MICHAEL ODELL ANDERSON ("ANDERSON") was a resident of Crystal Beach, Florida and Dunn Loring, Virginia. From at least in or about April 2020 through at least in or about December 2020, in the District of Maryland and elsewhere, ANDERSON conspired with others known and unknown to commit wire fraud. Specifically, members of the conspiracy persuaded elderly victims to give thousands of dollars in cash to members of the conspiracy under false pretenses that:

    a.    the money would be used to help the victims' relatives pay bail or other expenses in connection with crimes and other incidents that had not occurred, and

    b.    the money would be given from the elderly victims directly to ANDERSON and other members of the conspiracy who falsely posed as bail bondsmen or couriers.

(collectively the "scheme to defraud").

ANDERSON's co-conspirators telephoned elderly victims throughout the United States and, while posing as a police officer, lawyer, or other individual, falsely told the victim that a relative, typically the victim's grandchild, had been incarcerated in connection with a car accident or traffic stop involving a crime, and needed money for bail and legal fees, often tens of thousands of dollars. The co-conspirators also posed as the victims' relatives themselves in order to further induce the victims to send the cash. The co-conspirators also told the victims the money they paid would be returned to them at some later date. In order to conceal the crime, the co-conspirators told the victims false information, like that there had been a "gag order" placed on the case requiring secrecy and that the victim could not share the information with others.

During the telephone calls, the co-conspirators directed the victims to give cash directly to ANDERSON and other co-conspirators who falsely posed as bail bondsmen or couriers to retrieve the cash from the victims. If the victims provided cash as directed by the co-conspirators, the co-conspirators would call the victims again and ask for more cash, falsely claiming that additional funds were necessary for various purposes, such as their grandchild's legal expenses, bail costs, or fines, or to pay damages. The co-conspirators would continue to call the victims and demand additional funds, regularly obtaining tens of thousands of dollars from the retirement savings of victims.

ANDERSON and other co-conspirators retrieved the cash from the victims. ANDRESON and other co-conspirators then took out approximately 7 percent of the proceeds as their payment

Rev. August 2018

for participating in the fraud scheme, and then distributed the remaining fraud proceeds to other people involved in the scheme.

ANDERSON was recruited into the conspiracy in or about April 2020 and traveled to the Maryland area for the purpose of executing the scheme. ANDERSON retrieved cash from victims in Maryland, Virginia, Delaware, and other states as a member of the conspiracy.

ANDERSON communicated with other members of the conspiracy through phone calls and text messages. Another member of the conspiracy would send text messages to ANDERSON that provided ANDERSON with the victim addresses where ANDERSON was to go and pick up the cash.

In order to conceal their vehicle and identity, ANDERSON and other co-conspirators did not park their vehicles directly in front of the victims' homes when retrieving cash from the victims. ANDERSON and other co-conspirators also used fake names when picking up cash from the victims.

ANDERSON recruited additional people into the conspiracy to assist in retrieving cash from the victims. ANDERSON directed the conspirators he recruited to pay ANDERSON a percentage of their earnings from the fraud scheme.

On or about June 29, 2020, an 84-year-old victim ("Victim #1") residing in Fredericksburg, Virginia received a phone call from a person purporting to be his grandson. Victim #1 was told that his grandson had been arrested for rear-ending a pregnant woman while he was driving. The individual directed Victim #1 that he needed to post $12,000 cash for his grandson's bail. The individual told VICTIM #1 that a courier would come to the victim's house to retrieve the cash.

On or about June 29, 2020, ANDESON received a series of text messages from a co-conspirator directing ANDERSON to travel to VICTIM #'1 residence in Fredericksburg, Virginia and pick up $12,000 in cash from VICTIM #1. The co-conspirator provided ANDERSON with VICTIM #1's name, address and the false name ANDERSON should use when interacting with VICTIM #1. ANDERSON traveled to VICTIM #'1 house and retrieved the cash from VICTIM #1.

On or about November 18, 2020, a 91-year-old victim ("VICTIM #2) residing in Annapolis, Maryland received a phone call from a person purporting to be his grandson. VICTIM #2 was told that his grandson had been involved in an auto accident and rear-ended an important politician. VICTIM #2 was told that a gag order had been placed on the case so no one could speak about the case. The individual directed VICTIM #2 to post cash for his grandson's bail so VICTIM #2 went to his bank and withdrew $7,500 cash. The individual told VICTIM #2 that a courier would be sent to VICITM #2's house to collect the cash.

On or about November 18, 2020, ANDERSON traveled to VICTIM #2's house in Annapolis, Maryland and retrieved the $7,500 cash from VICTIM #2.

On or about December 4, 2020, a 66-year-old victim ("VICTIM #3") residing in Sykesville, Maryland received a phone call from a person purporting to be her nephew. VICTIM

#3 was told that her nephew had been arrested and she needed to post bail for him. VICTIM #3 went to her bank and withdrew $29,000 cash. VICTIM #3 was told a bail bondsman would come to her residence to retrieve the cash from her. On or about December 4, 2020, ANDERSON traveled to VICTIM #3's house in Sykesville, Maryland and retrieved $29,000 from VICTIM #3.

On or about December 5, 2020, VICTIM #3 received another phone call and was told she needed to pay another $10,000 cash for bail money. On or about December 5, 2020 ANDERSON was arrested by the Carroll County Sheriff's Office while attempting to retrieve $10,000 in cash from VICTIM #3 in Sykesville, Maryland.

As a result of the execution of the scheme to defraud, between April 2020 and December 2020, ANDERSON and others caused at least 49 different victims to give at least $842,670 through materially false and fraudulent pretenses, representations, and promises. Of that amount, approximately $578,170 was not returned to victims.

SO STIPULATED:

_____
Sean R. Delaney
Assistant United States Attorney

_____
Michael Odell Anderson
Defendant

_____
Meghan G. Michael, Esq.
Counsel for Defendant